ADELINA JOSON et al., Respondents, v G & S REALTY 1, LLC, et al., Respondents, and TPD CONSTRUCTION CORP., Appellant. [890 NYS2d 351]—

Generally, unless a trial court specifies otherwise, a party has 120 days after the filing of a note of issue to move for summary judgment, after which it may do so only with "leave of court on good cause shown" (CPLR 3212 [a]). This "requires a showing of good cause for the delay in making the motion—a satisfactory explanation for the untimeliness—rather than simply permitting meritorious, nonprejudicial filings, however tardy" (*Brill v City of New York*, 2 NY3d 648, 652 [2004]). A trial court has discretion in determining whether to consider a motion for summary judgment made more than 120 days after the filing of a note of issue (*see* CPLR 3212 [a]; *Gonzalez v 98 Mag Leasing Corp.*, 95 NY2d 124, 129 [2000]).

Here, the trial court providently exercised its discretion in denying the motion of the defendant TPD Construction Corp. for summary judgment dismissing the complaint and all cross claims insofar as asserted against it because it failed to timely file its motion (*see* CPLR 3212 [a]; *Brill v City of New York*, 2 NY3d at 652; *Gonzalez v 98 Mag Leasing Corp.*, 95 NY2d at 129). Covello, J.P., Santucci, Chambers and Hall, JJ., concur.